IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD HOMAN,<br>  Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>  Respondent. | CRIMINAL NOS. 05-CR-708, 07-689<br>CIVIL NO. 10-7256 |

FILED
APR 1 2 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 11th day of April 2013, upon consideration of the Petition filed in the above captioned action pursuant to 28 U.S.C. § 2255 [Doc. No. 55] and the Government's Response and Motion to Dismiss [Doc. No. 58], it is hereby **ORDERED** as follows:

1. Petitioner Donald Homan's Petition is **DISMISSED** without prejudice for lack of jurisdiction;

2. The Government's Motion is **DISMISSED** as **MOOT**;

3. There is no probable cause to issue a certificate of appealability.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ CYNTHIA M. RUFE, J.

cc
Defendant (via mail)